## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 4, 2020, a true and correct copy of the foregoing has been served on the Chapter 13 Standing Trustee servicing this case and Charles W. Tucker, Assistant United States Trustee by CM/ECF; and served on all creditor whose names and addresses are set forth on the matrices filed in this case by U.S. Mail, postage prepaid.

The undersigned further certifies that a true and correct copy of the foregoing that requests a valuation determination pursuant to Section 3.4 was served by U.S. Mail, postage prepaid, to the following as noted:

C T CORPORATION SYSTEM
r/a for SANTANDER
124 WEST CAPITOL AVENUE, SUITE 1900
LITTLE ROCK, AR 72201
(Regular Mail)

By: /s/ Matthew D. Mentgen
Matthew D. Mentgen
State Bar No. 2008096

Mentgen Law
PO Box 164439
Little Rock, AR 72216
Tel: (501) 392-5662
Fax: (866) 528-0404
matthew@mentgenlaw.com