| Fill in this information to identify the case: |
|---|
| Debtor 1  Scharlesta Denise Brockman |
| Debtor 2 |
| United States Bankruptcy Court for the: Eastern District of Arkansas |
| Case number :  4:19-bk-14302 |

Form 4100R

# Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1:  Mortgage Information**

Name of creditor:  Arvest Bank                                                                 Court claim no. (if known):  1

Last 4 digits of any number you use to identify the debtor's account:  7826

Property Address:  20 Sunny Gap Road
Conway, AR 72032

**Part : 2  Prepetition Default Payments**

Check one:

[X]  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $

**Part 3:  Postpetition Mortgage Payment**

Check one:

[ ]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on:

[X]  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                              (a) $

b. Total fees, charges, expenses, escrow, and costs outstanding:             + (b) $ 1,038.00 (fees)
                                                                                                                            $ -4,104.36 (suspense)
c. **Total.** Add lines a and b.                                                                          (c) $ -3,066.36

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  2023-04-01

Form 4100R                              Response to Notice of Final Cure Payment                              page 1

| Debtor 1 | Scharlesta Denise Brockman | | | Case number (if known) | 4:19-bk-14302 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| /s/ Julian Cotton | | 3/24/2023 |
|---|---|---|
| Signature | | Date |

| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 6267 Old Water Oak Road, Suite 203 | | |
|---|---|---|---|
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | plginquiries@padgettlawgroup.com |

Form 4100R                Response to Notice of Final Cure Payment                page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Scharlesta Denise Brockman

No: 4:19-bk-14302
CHAPTER 13

Debtor(s)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ____24th____ day of March, 2023.

S/ Julian Cotton

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 4:19-bk-14302)

Debtor
Scharlesta Denise Brockman
20 Sunny Gap Rd
Conway, AR 72032-8406

Attorney
Matthew David Mentgen
Mentgen Law
P.O. Box 164439
Little Rock, AR 72216

Trustee
Joyce Bradley Babin
Chapter 13 Standing Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

US Trustee
U.S. Trustee (ust)
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

**OUTSTANDING Costs and FEES**

| Date | Amount | Description |
|---|---|---|
| 9/2/20,12/5/20 | 300.00 | Attorney Fees |
| | 550.00 | MFR fees |
| | 188.00 | MFR fees |
| | | |
| | | |
| | 1038.00 | total |