**Fill in this information to identify the case:**

Debtor 1 ___Scharlesta Denise Brockman___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Eastern___ District of ___AR___
(State)

Case number ___4:19-bk-14302___

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** ___Arvest Bank___

**Court claim no.** (if known): ___1___

**Last 4 digits** of any number you use to identify the debtor's account: __7__ __8__ __2__ __6__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 09/2/2020, 12/08/2020 | (3) | $ 300.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | 09/03/2020 | (7) | $ 20.00 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page 1

| Debtor 1 | Scharlesta Denise Brockman | Case number (*if known*) 4:19-bk-14302 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Rickard W. Hood
Signature

Date 12 / 08 / 2020

Print: Rickard W. Hood
First Name    Middle Name    Last Name

Title: Attorney for Arvest Bank

Company: Hood & Stacy, PA

Address: PO Box 271
Number    Street
Bentonville, AR 72712
City    State    ZIP Code

Contact phone ( 877 ) 551 – 3377

Email hsamc@hoodandstacy.com

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page **2**

## Certificate of Service

I, Rickard W. Hood, do hereby certify that a copy of the foregoing Notice of Post-petition Mortgage Fees, Expenses, and Charges as required by Rule 3002.1 has been served upon:

**Matthew David Mentgen**
**The Law Office of Matthew Mentgen**
**PO Box 164437**
**Little Rock, AR 72216**

**Trustee**
**Joyce Bradley Babin**
**Chapter 13 Standing Trustee**
**P.O. Box 8064**
**Little Rock, AR 72203-8064**

through the Electronic Case Filing System upon its filing as the Trustee and Attorney(s) for the Debtor(s) are both registered users of the System, this 8th day of December, 2020; and

then to the Debtor, by U.S. Mail first class postage pre-paid to:

**Scharlesta Denise Brockman**
**20 Sunny Gap Rd**
**Conway, AR 72032**

                                                  /s/ *Rickard W. Hood*
                                                  Rickard W. Hood, ABA# 81091
                                                  HOOD & STACY, P.A.
                                                  PO Box 271
                                                  Bentonville, AR 72712
                                                  Phone: 479-273-3377; Fax: 479-273-3419
                                                  hsamc@hoodandstacy.com