Fill in this information to identify the case:

Debtor 1 **Scharlesta Denise Brockman**
Debtor 2

United States Bankruptcy Court for the: **Eastern District of Arkansas (Central Division)** District of **AR** (State)

Case Number **4:19-bk-14302**

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Arvest Bank    **Court claim no. (if known):** 1-1

**Last four digits** of any number you use to identify the debtor's account: **7826**

**Date of payment change:** 09/01/2022
Must be at least 21 days after date of this notice

**New total payment:** $896.56
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $204.48    New escrow payment: $256.32

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

☒ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:    New interest rate:
Current principal and interest payment:    New principal and interest payment:

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____
Current mortgage payment:    New mortgage payment:

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☑ I am the creditor

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Chris Moore                                                Date  07/21/2022
Signature

| | | | |
|---|---|---|---|
| **Print** | Chris Moore | Title | Officer |
| Company | Arvest Bank | | |
| Address | 801 John Barrow Road | | |
| | Suite 1 | | |
| | Little Rock | AR | 72205 |
| Contact phone | (800) 232-5524 | Email | AMD-Bankrutpcy-DG@arvest.com |

Official Form 410S1     **Notice of Mortgage Payment Change**     page 2

| | |
|---|---|
| Arvest Bank | Phone Number: (800) 232-5524 |
| 801 John Barrow Road | Fax: (501) 716-5009 |
| Suite 1 | |
| Little Rock, AR  72205 | Email:  AMD-Bankrutpcy-DG@arvest.com |

RE: Debtor 1    SCHARLESTA D BROCKMAN
      Debtor 2

Case No:    4:19-bk-14302

PROOF OF SERVICE

I certify that a copy of the foregoing documents is served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 7/21/2022.

AR - E - LITTLE ROCK
EASTERN DISTRICT OF ARKANSAS
P.O. BOX 3777
LITTLE ROCK, AR   72201

Trustee
Joyce Bradley Bain
Chapter 13 Standing Trustee
P.O. Box 8064
Little Rock, AR   72203-8064

Matthew David Mentgen
Mentgen Law
P.O. Box 164439
Little Rock, AR   72216


Scharlesta Denise Brockman
20 Sunny Gap Road
Conway, AR   72032


/s/ Chris Moore

**ANNUAL ESCROW ACCOUNT STATEMENT**

Arvest Bank
Mortgage Division
P. O. Box 399
Lowell, AR 72745

Customer Care Center
8am to 5pm Mon through Fri (Central)
1-800-232-5524

LOAN NUMBER:
PROPERTY ADDRESS:   20 SUNNY GAP ROAD
CONWAY, AR  72032

Next Escrow Cycle:  Sep-2022 - Aug-2023
Date Escrow Account Reviewed:  07/07/2022

5
SCHARLESTA D BROCKMAN
20 SUNNY GAP RD
CONWAY, AR  72032



## PAYMENT CALCULATIONS AND ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

Part of your monthly payment is deposited into an escrow account to pay your property taxes and/or insurance premiums.  Below, you can see how your new escrow payment was calculated.  The following charts project the amounts you will pay into your escrow account and the amounts we expect to disburse for your insurance and tax bills during the next 12 month escrow cycle.  **Part A** breaks down your new bills and your new payments.  **Part B** lists the escrow transactions we anticipate for the next escrow cycle.  **Part C** calculates any required adjustment to your monthly payment.  **Part D** (Page 2) shows the escrow transactions for the last escrow cycle.

### PART A - PAYMENT CALCULATIONS

Anticipated Bills for Next 12 Month Escrow Cycle

|  | OLD | NEW |
|---|---|---|
| County | $288.23 | $321.49 |
| FHA MIP | $967.20 | $948.60 |
| Hazard Insurance | $1,140.00 | $1,434.00 |
| TOTAL BILLS | $2,395.43 | $2,704.09 |
| New Monthly Unadjusted Escrow Payment (Total bills divided by 12) |  | $225.34 |

### OLD AND NEW PAYMENTS

|  | OLD | NEW |
|---|---|---|
| Payment Effective Date |  | Sep-2022 |
| Principal & Interest | 640.24 | 640.24 |
| Escrow Payment | 199.62 | 225.34 |
| Other Funds Payment | 0.00 | 0.00 |
| Assistance Payment (-) | 0.00 | 0.00 |
| Escrow Adjustment (Part C) | 4.86 | 30.98 |
| **TOTAL PAYMENT** | 844.72 | 896.56 |

**NEW PAYMENT IS EFFECTIVE September 2022**

- Your new payment coupons will be mailed separately if you are a coupon customer.
- Customers participating in Arvest BankAutomatic Payment Plan will not receive a coupon book.
- Bi-weekly drafts will occur prior to the new effective date.
- The new payment amount will draft automatically for Arvest BankAutomatic Payment Plan customers.  Any additional draft amounts will remain the same, unless changes are requested by contacting our office.

You may access your escrow information at arvestmortgage.com.

### PART B - ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

| Month |  | (Part A) Anticipated Payment | Anticipated Disbursement | Description | Anticipated Balance | Required Balance* |
|---|---|---|---|---|---|---|
|  |  |  |  | Starting Balance | $213.43 | $585.17 |
| Sep | 2022 | $225.34 | $79.05 | FHA MIP | $359.72 | $731.46 |
| Oct | 2022 | $225.34 | $79.05 | FHA MIP | $506.01 | $877.75 |
| Nov | 2022 | $225.34 | $79.05 | FHA MIP | $652.30 | $1,024.04 |
| Dec | 2022 | $225.34 | $79.05 | FHA MIP | $798.59 | $1,170.33 |
| Jan | 2023 | $225.34 | $79.05 | FHA MIP | $944.88 | $1,316.62 |
| Feb | 2023 | $225.34 | $79.05 | FHA MIP | $1,091.17 | $1,462.91 |
| Mar | 2023 | $225.34 | $79.05 | FHA MIP | $1,237.46 | $1,609.20 |
| Apr | 2023 | $225.34 | $321.49 | County | $1,141.31 | $1,513.05 |
| Apr | 2023 | $0.00 | $79.05 | FHA MIP | $1,062.26 | $1,434.00 |
| May | 2023 | $225.34 | $79.05 | FHA MIP | $1,208.55 | $1,580.29 |
| Jun | 2023 | $225.34 | $1,434.00 | Hazard Insurance | ($0.11) | $371.63 |
| Jun | 2023 | $0.00 | $79.05 | FHA MIP | ($79.16)A | $292.58 R |
| Jul | 2023 | $225.34 | $79.05 | FHA MIP | $67.13 | $438.87 |
| Aug | 2023 | $225.34 | $79.05 | FHA MIP | $213.42 | $585.16 |
| TOTAL |  | $2,704.08 | $2,704.09 |  |  |  |

*Required minimum balance includes the required escrow reserve amount of 292.58 (R).  This amount is equal to 2 monthly escrow payments(s), not including FHA MIP or PMI, as allowed by state and/or federal law.
 Your anticipated low balance, without any adjustment for a shortage or surplus is -79.16 (A)
 The actual amounts billed may be different than the Anticipated Disbursements referenced above.

### PART C - CALCULATION OF ESCROW ADJUSTMENT

SEE PART B ABOVE.  For your escrow account to reach the required balance, the beginning balance must be adjusted.

| Beginning Required Balance (Part B) |  | 585.17 |
|---|---|---|
| Beginning Anticipated Balance (Part B) | - | 213.43 |
| Total Escrow Adjustment - Shortage |  | 371.74 |
| Monthly Escrow Adjustment (Total Shortage divided by 12) |  | 30.98 |

**SEE NEW PAYMENT BREAKDOWN IN PART A**

For escrow shortage payment options, you may contact our Customer Care Department at (800)232.5524.

Note: To borrowers who are in an active bankruptcy case or who have previously been discharged of personal liability by a federal bankruptcy court, this letter is being provided in compliance with other federal or state laws and/or investor guidelines related to the matters contained in this letter. This is not an attempt to collect a debt outside of the bankruptcy proceedings, nor will Arvest Bank take any action to violate the Bankruptcy Stay or proceed in any matter not approved by the court. Please consult your bankruptcy attorney if you have any questions.

## ANNUAL ESCROW ACCOUNT STATEMENT
## ACCOUNT HISTORY
### PAGE 2

LOAN NUMBER: ▇▇▇▇▇▇▇▇▇  DATE REVIEWED: 07/07/2022

### PART D - LAST ESCROW CYCLE ACTIVITY

The following chart itemizes the escrow transactions for your account during the last escrow cycle. For the purpose of calculating your new payment amount, Arvest Bank assumes that all scheduled escrow payments and disbursements will occur up to the effective date of your new monthly payment, although the last few transactions may not have occurred yet.

| (1) Month of Activity | (2) Anticipated Payments | (3) Actual Payments | Payment Description | (4) Anticipated Disbursements | (5) Actual Disbursements | Disbursement Description | (6) Anticipated Balance | (7) Actual Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | $476.07 | $139.84 |
| Sep-21 | $199.62 | $197.27 * | Aug-21 Pmt | $80.60 | $0.00 | FHA MIP | $595.09 | $337.11 |
| Oct-21 | $199.62 | $204.48 * | Sep-21 Pmt | $80.60 | $80.60 | FHA MIP | $714.11 | $460.99 |
| Nov-21 | $199.62 | $204.48 * | Oct-21 Pmt | $80.60 | $80.60 | FHA MIP | $833.13 | $584.87 |
| Dec-21 | $199.62 | $0.00 ** | | $80.60 | $80.60 | FHA MIP | $952.15 | $504.27 |
| Dec-21 | | $61.55 * | EscOnly Pmt | $0.00 | $0.00 | | $952.15 | $565.82 |
| Dec-21 | | $0.00 | | $0.00 | $80.60 * | FHA MIP | $952.15 | $485.22 |
| Jan-22 | $199.62 | $408.96 * | Nov-21; Dec-21 Pmt | $80.60 | $80.60 | FHA MIP | $1,071.17 | $813.58 |
| Feb-22 | $199.62 | $0.00 ** | | $80.60 | $80.60 | FHA MIP | $1,190.19 | $732.98 |
| Mar-22 | $199.62 | $204.48 * | Jan-22 Pmt | $80.60 | $80.60 | FHA MIP | $1,309.21 | $856.86 |
| Apr-22 | $199.62 | $0.00 ** | | $288.23 | $321.49 * | County | $1,220.60 | $535.37 |
| Apr-22 | | $204.48 * | Feb-22 Pmt | $80.60 | $80.60 | FHA MIP | $1,140.00 | $659.25 |
| Apr-22 | | $0.00 | | $0.00 | $1,434.00 * | Hazard Insurance | $1,140.00 | ($774.75) |
| May-22 | $199.62 | $613.44 * | Mar-22; Apr-22; May-22 Pmt | $80.60 | $80.60 | FHA MIP | $1,259.02 | ($241.91) |
| May-22 | | $80.60 ** | | $0.00 | $0.00 | Insurance Refund | $1,259.02 | ($161.31) |
| May-22 | | $0.00 | | $0.00 | $80.60 * | FHA MIP | $1,259.02 | ($241.91) |
| Jun-22 | $199.62 | $0.00 ** | | $1,140.00 | $0.00 | Hazard Insurance | $318.64 | ($241.91) |
| Jun-22 | | $204.48 ** | Jun-22 Pmt | $80.60 | $79.05 * | FHA MIP | $238.04 | ($116.48) |
| Jul-22 | $199.62 | $0.00 ** | | $80.60 | $0.00 | FHA MIP | $357.06 | ($116.48) |
| Aug-22 | $199.62 | $0.00 ** | | $80.60 | $0.00 | FHA MIP | $476.08 | ($116.48) |
| | | $0.00 | | $0.00 | $0.00 | *** Anticipated Transactions *** | $476.08 | ($116.48) |
| Jul-22 | $0.00 | $204.48 ** | | $0.00 | $0.00 | | $476.08 | $88.00 |
| Aug-22 | | $204.48 ** | | $0.00 | $79.05 * | FHA MIP | $476.08 | $213.43 |
| TOTAL | $2,395.44 | $2,793.18 | | $2,395.43 | $2,719.59 | | | |

Your required low balance for last year was 238.04. Your actual low balance was -774.75 (column 7).

To see where a difference occurred, compare the Anticipated Payments to the Actual Payments (columns 2 and 3) and the Anticipated Disbursements to the Actual Disbursements (columns 4 and 5).

* An asterisk indicates a difference in either the amount or date of the anticipated activity and the actual activity.

** A double asterisk indicates actual transaction activity that has not occurred as of the date of this statement. The anticipated balance (column 6) includes the anticipated transactions that have not yet occurred.